07 CIV 9680

543-07MEU

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiffs
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ARCTIC SHIPPING LIMITED and
ARCTIC ICE SHIPPING LIMITED,       07 CIV.        (        )

                          Plaintiff,       **RULE 7.1 STATEMENT**

- against –

LYONS WEST S.A.,

                          Defendant.
-----------------------------------------------------------x

ARCTIC SHIPPING LIMITED and ARCTIC ICE SHIPPING LIMITED, by and through their undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation owns 10% or more of the stock of the company.

Dated: New York, New York
       October 31, 2007

                              FREEHILL HOGAN & MAHAR, LLP
                              Attorneys for Plaintiffs
                              ARCTIC SHIPPING LIMITED and
                              ARCTIC ICE SHIPPING LIMITED

By: _____
           Michael E. Unger (MU 0045)
           80 Pine Street
           New York, NY 10005
           Telephone: (212) 425-1900
           Facsimile: (212) 425-1901

NYDOCS1/292881.1