UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------X

arctic Shipping Limited,
          et al.

          v.

Lyons West S.A.

-------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/08

07 CV 9680 (LAP)

ORDER

LORETTA A. PRESKA, United States District Judge:

Counsel shall confer and inform the Court by letter no later than

April 2, 2008 _____ of the status of this action.

SO ORDERED:

Dated: March 19, 2008.

LORETTA A. PRESKA, U.S.D.J.

orderstatus