GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.ᐃ
THOMAS M. RUSSO
THOMAS M. CANEVARI*
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*ᐃ
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*ᐃ
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ**†
DANIEL J. FITZGERALD*ᐃ
MICHAEL C. ELLIOTT*
JAN P. GISHOLT

*ALSO ADMITTED IN NEW JERSEY
*ALSO ADMITTED IN CONNECTICUT
ᐃALSO ADMITTED IN WASHINGTON, D.C.
†ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759
TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE: (973) 623-5514
FACSIMILE: (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE: (203) 358-0377


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/08

April 2, 2008

Our Ref: 543-07/MEU

By Facsimile: (212) 805-7941
The Hon. Loretta A. Preska
United States District Judge
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

Re: **ARCTIC SHIPPING LIMITED and ARCTIC ICE SHIPPING LIMITED v. LYONS WEST S.A.**
07cv9680 (LAP) - SDNY

Dear Judge Preska,

We represent the Plaintiff Arctic Shipping in the above-referenced matter and write in response to Your Honor's order requesting a status report. This is a Rule B maritime attachment action in which thus far no funds have been restrained although the Process of Maritime Attachment and Garnishment is being regularly served upon the garnishee banks.

We are advised that Defendant Lyons West has settled the Plaintiff's claim involving the vessel ARCTIC ICE but the claims in respect to the vessel ARCTIC NIGHT remain outstanding. Accordingly, we are hopeful are restraining funds belonging to the defendant to secure the ARCTIC NIGHT claim.

We respectfully request that the Court permit Plaintiff to continue to serve the writ of attachment and report further concerning status in ninety (90) days.

**SO ORDERED**
_Loretta A. Preska_
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
April 11, 2008

Respectfully submitted,
FREEHILL, HOGAN & MAHAR LLP

Michael E. Unger

MEU/mc
NYDOCS1/301857.1